In the Matter of COLLINS HAMBLEN et al., Appellants, against GEORGE V. BRIANTE, as Building Inspector of the Town of Eastchester, Respondent.

Submitted September 26, 1939; decided October 17, 1939.

*Raphael Link* and *Wolfango E. Cribari* for appellants. *William C. Olsen* for respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.